# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division



| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION STORED AT PREMISES CONTROLLED BY GOOGLE LLC AND ASSOCIATED WITH THE FOLLOWING EMAIL ADDRESSES: BOOOKFAR@GMAIL.COM, CC.STORE52@GMAIL.COM, CHEWSDAWN@GMAIL.COM, FA451183@GMAIL.COM, GILBERTPACE47@GMAIL.COM, JOEYPIERRE460@GMAIL.COM, KAYLASOSEXY4@GMAIL.COM, KOLIEZBEN@GMAIL.COM, KUWSHINBERTA@GMAIL.COM, KWALFALL42@GMAIL.COM, L3EBANG@GMAIL.COM, LARRYFLLOYD40@GMAIL.COM, LOUSJEFF7@GMAIL.COM, M56PERRY@GMAIL.COM, MERLUP26@GMAIL.COM, MLARR4895@GMAIL.COM, MORRE4861@GMAIL.COM, PAUL.KICKER1977@GMAIL.COM, ROCKETJOHNNYS@GMAIL.COM, STAINEDCURRENCY@GMAIL.COM, STUFF.101DUMPS@GMAIL.COM, SUITELIFE3717@GMAIL.COM, THEODORA12P@GMAIL.COM, THRELARRY@GMAIL.COM, TRAPYENZOE@GMAIL.COM, VICKYLOWSIN@GMAIL.COM, AND YAMSZOE@GMAIL.COM | 1:19-SW-312<br>1:19-SW-313<br>1:19-SW-314<br>1:19-SW-315<br>1:19-SW-316<br>1:19-SW-317<br>1:19-SW-318<br>1:19-SW-319<br>1:19-SW-320<br>1:19-SW-321<br>1:19-SW-322<br>1:19-SW-323<br>1:19-SW-324<br>1:19-SW-325<br>1:19-SW-327<br>1:19-SW-328<br>1:19-SW-329<br>1:19-SW-330<br>1:19-SW-331<br>1:19-SW-332<br>1:19-SW-333<br>1:19-SW-334<br>1:19-SW-335<br>1:19-SW-336<br>1:19-SW-337<br>1:19-SW-338<br>1:19-SW-339<br><br>**Filed Under Seal** |

## ORDER FOR LIMITED UNSEALING

Upon review of the Motion of the United States of America, the Court hereby finds that good cause has been shown for a limited unsealing of the above-captioned matter.

It therefore is ORDERED that the Government may provide Vladimir Michel and his counsel with a copy of the search warrant application, search warrant, motion to seal, sealing order, and related documents associated with the above-captioned; and it is

FURTHER ORDERED that the Clerk of the Court provide a copy of this Order to the United States Attorney's Office.

Date: 12/5/19

/s/
Theresa Carroll Buchanan
The Honorable Theresa C. Buchanan
United States Magistrate Judge